IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES R. DOWNES, #281824, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:16-cv-524-ECM |
| | ) (wo) |
| WALTER MYERS, *et al.*, | ) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case on this day,

Final Judgment is entered in favor of the Respondent and against the Petitioner, and this case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

No costs are taxed.

Done this 14th day of September, 2021.

    /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE